Bobby CHEN, Plaintiff–Appellant,

v.

MAYOR & CITY COUNCIL OF BALTIMORE; Michael Braverman, Department of Housing and Community Development of Baltimore City; Jerome J. Dorich, Jr., Department of Housing and Community Development of Baltimore City; William Bolden, Department of Housing and Community Development of Baltimore City; P & J Contracting Company, Inc., Defendants–Appellees.

No. 13–1375.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 4, 2013.

Decided: Nov. 12, 2013.

Bobby Chen, Appellant Pro Se. Adam S. Levine, Steven John Potter, Baltimore City Law Department, Baltimore, Maryland; Kristen Nichole Nesbitt, Goodell Devries Leech & Dann, LLP, Baltimore, Maryland, for Appellees.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

188

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Chen appeals the district court's order dismissing the complaint in this action for failure to effect service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chen v. Mayor & City Council of Baltimore*, No. 1:11–cv–03227–GLR, 292 F.R.D. 288, 2013 WL 680597 (D.Md. Feb. 22, 2013). We deny the motion for appointment of counsel, grant leave to proceed in forma pauperis, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*